**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Paul Robert GIBA, Respondent.**

**No. 1021 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2005, upon consideration of the Report and Rec-

ommendations of the Disciplinary Board dated March 23, 2005, it is hereby

ORDERED that PAUL ROBERT GIBA be and he is SUSPENDED from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.